IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15  A 10: 24

CLERK _J. LaVictoire_
SO. DIST. OF GA.

REBEL TRACTOR PARTS, INC., and
REBEL AUCTION CO., INC.,

    Plaintiffs,

vs.

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.

CIVIL ACTION NO.: CV206-102

## ORDER

By Order dated November 29, 2006, the Court denied Defendants' Motion for Summary Judgment. Pursuant to the Court's July 13, 2006 Order, the parties shall file with the Clerk of Court a Rule 26(f) Report within twenty (20) days from the date of this Order.

**SO ORDERED**, this _15th_ day of December, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)